◈Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

District of South Carolina

## Report on Offender Under Supervision

**Name of Offender:** David Taylor                **Case Number:** 2:11CR02368-001

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** May 2, 2019
**Date of Amended Sentence:** May 26, 2022

**Original Offense:** Felon in Possession of a Firearm and Ammunition, 18 U.S.C § 922(g)(1), 924(a)(2), and 924(e)

**Original Sentence:** 240-month term of incarceration followed by a 60-month term of supervised release with the following special condition: 1) The defendant shall submit to substance abuse testing and/or treatment as approved by the U.S. Probation Officer until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the costs of any treatment, drug testing and/or location monitoring not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Amended Sentence:** 94-month incarceration followed by a 60-month term of supervised release with the following special condition: 1) The defendant shall submit to substance abuse testing and/or treatment as approved by the U.S. Probation Officer until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the costs of any treatment, drug testing and/or location monitoring not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** June 10, 2022

**Previous Court Action/Notification(s):** None.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **New Illegal Drug Use:** On November 18, 2024, the defendant tested positive for cocaine and fentanyl, which was confirmed positive by Abbott Laboratories on November 30, 2024. |
| 2. | **New Illegal Drug Use:** On December 3, 2024, the defendant tested positive for cocaine and fentanyl. He verbally admitted to using but did not sign a voluntary admission form. Lab confirmation is pending. |

**U.S. Probation Officer Action:** The U.S. Probation Office respectfully requests the Court schedule a status conference to consider participation in the BRIDGE Program, as well as potential third-party risk as it pertains to the defendant's employment at the South Carolina Department of Transportation. The defendant has been referred for a substance abuse treatment assessment at Center of Behavior Health and has been placed on the random urinalysis program.

Respectfully Submitted,

By: Gregory R. Marett
U.S. Probation Officer
Charleston Office

Date: December 3, 2024

Reviewed and Approved By:

LaSheika S. VanDyke
Supervising U.S. Probation Officer

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 3

| | |
|---|---|
| [X] | Schedule Status Conference |
| [ ] | Submit a Request for Modifying the Condition or Term of Supervision |
| [ ] | Submit a Request for Warrant or Summons |
| [ ] | Other |

*Bruce H. Hendricks*
Bruce Howe Hendricks
United States District Judge

December 4, 2024
Date